UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025
```

-------------------------------------------------------------- X
                                                               :
ZAIM DERVISEVIC,                                               :
                                                               :
                                    Plaintiff,     :           1:24-cv-9347-GHW
                                                               :
            -v-                                    :           ORDER
                                                               :
DESAI REAL ESTATE GROUP LLC,                       :
                                                               :
                                    Defendants.    :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action on December 9, 2024. Dkt. No. 1. On March 17, 2025,

Plaintiff filed affidavits of service demonstrating that Defendant Norwest Realty Management Corp.

was served on December 23, 2024, Dkt. No. 12, that Defendant Berik Management, Inc. was served

on January 23, 2025, Dkt. No. 13, and that Defendant Desai Real Estate Group LLC was served on

December 20, 2024, Dkt. No. 14. The deadline for these defendants to answer or otherwise

respond to the complaint has passed. *See* Fed. R. Civ. P. 12(a). Plaintiff is directed to file a letter

updating the Court on the status of this case. Plaintiff is further directed to serve a copy of this

order on Defendants and to retain proof of service.

SO ORDERED.

Dated: April 2, 2025

_____
GREGORY H. WOODS
United States District Judge