```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                         :

ZAIM DERVISEVIC,                                :

                            Plaintiff,      :      1:24-cv-9347-GHW

                -v-                      :      <u>ORDER</u>

DESAI REAL ESTATE GROUP LLC, *et al.*, :

                           Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On September 16, 2025, the Court held a telephonic conference on the partial motion to dismiss filed by Defendants Desai Real Estate Group LLC and Norwest Realty Management Corp. (collectively, the "Corporate Defendants"), Dkt. No. 55. For the reasons stated on the record, the Corporate Defendants' partial motion to dismiss is denied. The Corporate Defendants are directed to file an answer to the complaint, Dkt. No. 50, no later than September 30, 2025.

      During the September 16, 2025 conference, the Court noted that the order vacating the entry of default at Dkt. No. 23 only vacates the entry of default as to the Corporate Defendants, but not as to Defendant Berik Management, Inc. ("Berik"). Dkt. No. 37. Berik remains in default.

      The Clerk of Court is directed to modify the Clerk's note at Dkt. No. 23 to clarify that the vacatur of the entry of default only applies to the Corporate Defendants and that the entry of default as to Berik remains in effect. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 55.

      SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                                                   _____
                                                                   GREGORY H. WOODS
                                                                  United States District Judge