```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
ZAIM DERVISEVIC,                                             :
                                                             :
                              Plaintiff,                     :        1:24-cv-9347-GHW
                                                             :
              -v-                                            :             ORDER
                                                             :
DESAI REAL ESTATE GROUP LLC, *et al.*,                       :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than November 7, 2025. Dkt. Nos. 11, 69. The Court has received the parties' joint letter and proposed Case Management Plan via ECF, however the parties have not submitted the Case Management Plan by email as directed. The parties are directed to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than November 30, 2025.

Due to the lapse of federal funding for certain functions of the United States of America, Chief Judge Laura T. Swain has issued an order limiting the operations of the courthouses within the Southern District of New York each Friday until further notice. *See* Order M10-468, dated November 10, 2025. As a result, the conference currently scheduled for November 14, 2025 is adjourned to Tuesday, December 2, 2025 at 3:00 p.m.

SO ORDERED.

Dated: November 10, 2025
       New York, New York                        _____
                                                       GREGORY H. WOODS
                                                     United States District Judge