UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ZAIM DERVISEVIC,                                :
                                                :
                                                :
                                   Plaintiff,   :           1:24-cv-9347-GHW
                                                :
              -v-                               :           ORDER
                                                :
DESAI REAL ESTATE GROUP LLC, *et al.*,          :
                                                :
                              Defendants.       :
                                                :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 8, 2025, the Court was advised that a settlement had been reached in this case and directed the parties to proceed in one of three ways. Dkt. No. 76. On December 19, 2025, the parties filed a notice of acceptance with offer of judgment pursuant to Federal Rule of Civil Procedure 68. Dkt. Nos. 77, 78. The notice stated that Plaintiff accepts the offer of judgment in his favor made by Defendants Desai Real Estate Group LLC and Norwest Realty Management Corp. (the "Offering Defendants"). The Court does not understand that the judgment was offered by the other defendants in this case. Accordingly, the Court directs Plaintiff to file a letter on the docket no later than January 2, 2026 indicating whether he intends to pursue claims against the defendants other than the Offering Defendants that remain in this case, including Defendants Dinesh Desai and Berik Management, Inc.

SO ORDERED.

Dated: December 30, 2025

_____
GREGORY H. WOODS
United States District Judge