UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ZAIM DERVISEVIC,

        Plaintiff

        -against –

DESAI REAL ESTATE GROUP LLC,
BERIK MANAGEMENT INC, NORWEST
REALTY MANAGEMENT CORP,
DINESH DESAI AND JOHN DOES 1-5

        Defendants

_____

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 01/05/2026

Case #  24-cv-09347-GHW

JUDGMENT

**WHEREAS**, on December 19, 2025, Defendants Desai Real Estate Group LLC and Norwest Realty Management Corp. (the "Offering Defendants") offered that Plaintiff Zaim Dervisevic take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Fifty Five Thousand Dollars ($55,000.00), inclusive of reasonable attorney's fees, costs and expenses incurred in this action, which is in full and final settlement of all of Plaintiff's claims alleged against Defendants in this action; and

**WHEREAS**, on December 19, 2025, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against the Offering Defendants jointly and severally, in the amount of Fifty Five Thousand Dollars ($55,000.00).

The Clerk of Court is directed to close this case.

So Ordered on the 5 day of January, 2026

_____
The Honorable Gregory H. Woods, U.S.D.J.